# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, <br><br> Plaintiff, <br><br> v. <br><br> B. BAKER., <br><br> Defendant. | Case No.: 1:18-cv-01641-LJO-SAB (PC) <br><br> ORDER DISMISSING ACTION FOR FAILURE TO PAY THE $400.00 FILING FEE <br><br> [ECF No. 7] |

Plaintiff Guillermo Trujillo Cruz is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 13, 2018, the Court denied Plaintiff's application to proceed in forma pauperis and directed Plaintiff to pay the $400.00 filing fee in full within thirty days. (ECF No. 7.) The Court specifically advised Plaintiff that the failure to pay the filing fee would result in the action being dismissed. (Id.) More than thirty days have passed, and Plaintiff has failed to pay the $400.00 filing fee. Accordingly, the instant action is dismissed, without prejudice. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: **January 17, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1