# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>B. BAKER.,<br><br>    Defendant. | Case No.: 1:18-cv-01641-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF THE COMPLAINT, WITHOUT PREJUDICE<br><br>[ECF No. 18] |

On January 17, 2019, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed for Plaintiff's failure to pay the filing fee.

On February 13, 2019, Plaintiff filed a notice of appeal with the United States Court of Appeal for the Ninth Circuit.

On April 22, 2019, Plaintiff filed a request for the Court to provide him a copy of his complaint filed on November 29, 2018.

Plaintiff is advised that the Clerk's office does not ordinarily provide free copies of case documents to parties. If Plaintiff wishes to obtain copies of all of the documents filed in this case at his expense, the Clerk's office will provide copies of documents and of the docket sheet at $0.50 per page upon written request, prepayment of the copy fees (checks and money orders in the exact amount

should be made payable to "Clerk, USDC"), and submission of a large, self-addressed stamped envelope. <u>See</u> 28 U.S.C. § 1914(b).

Accordingly, Plaintiff's request for a free copy the civil complaint, filed in the instant action (ECF No. 18) is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   **April 23, 2019**

*[signature]*

UNITED STATES MAGISTRATE JUDGE