# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | Case No.: 1:18-cv-01641-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S REQUESTS TO PROVIDE A COPY OF THE COMPLAINT |
| B. BAKER., | [ECF Nos. 16, 17] |
| Defendant. | |

On January 17, 2019, the instant case filed pursuant to 42 U.S.C. § 1983, was dismissed for Plaintiff's failure to pay the filing fee and judgment was entered. (ECF Nos. 8, 9.)

On January 30, 2019, Plaintiff filed a notice of appeal in the United States Court of Appeals for the Ninth Circuit. (ECF No. 10.)

On March 11, 2019, and March 25, 2019, Plaintiff filed requests to provide him with a copy of the operative complaint. Inasmuch as Plaintiff's appeal was dismissed on July 31, 2019, Plaintiff's requests for a copy of the operative complaint shall be denied as moot. In addition, Plaintiff is advised that the Clerk's office does not ordinarily provide free copies of case documents to parties. If Plaintiff wishes to obtain copies of all of the documents filed in this case at his expense, the Clerk's office will provide copies of documents and of the docket sheet at $0.50 per page upon written request, prepayment of the copy fees (checks and money orders in the exact amount should be made payable to

"Clerk, USDC"), and submission of a large, self-addressed stamped envelope. See 28 U.S.C. § 1914(b).

Accordingly, it is HEREBY ORDERED that Plaintiff's requests for a copy of the complaint (ECF Nos. 16, 17) are DENIED as moot.

IT IS SO ORDERED.

Dated: __August 14, 2019__

UNITED STATES MAGISTRATE JUDGE